# NVRA public disclosure request

Melissa Kessler <Melissa.Kessler@coloradosos.gov>

Wed 8/18/2021 4:16 PM

To: Logan Churchwell <LChurchwell@publicInterestLegal.org>;

2 attachments (10 MB)
Cancelled_Deceased_2019_2021 spreadsheet.pdf; 2021.6.24 ERIC Data NVRA Request CO (002).pdf;

Mr. Churchwell,

The following is in response to your June 24, 2021 inquiry pursuant to the NVRA, attached.

With respect to your first query, we cannot provide the ERIC data you requested under C.R.S. 24-72-204 (1), which states that, "the custodian of any public records shall allow any person the right of inspection of such records or any portion thereof except on one or more of the following grounds... (b) Such inspection would be contrary to any federal statute or regulation issued thereunder having the force and effect of law."

The federal statute at issue is 18 U.S.C. 2721, the Driver's Privacy Protection Act (DPPA). The DPPA restricts the release of "personal information" and "highly restricted personal information" … "obtained by the department in connection with a motor vehicle record," except for "use by any government agency, including any court or law enforcement agency, in carrying out its functions, or any private person or entity acting on behalf of a federal, state, or local agency in carrying out its functions." 18 U.S.C. section 2721(b)(1-2). In addition, to the extent this query requests Limited Access Death Master File (LADMF) data, we are precluded from releasing that data under 15 CFR Part 1110.

Please note, we are not denying this request based on the ERIC Membership Agreement. If you feel that there is data you are requesting that is *not* covered by these federal statutes and regulation, please let us know exactly what is that data and why you believe it is not covered.

With respect to your second request, please see the attached. You have requested full dates of birth, but we are not permitted to disclose birth days or months under state law. C.R.S. 24-72-204(8)(a). Therefore, the attached contains only birth year.

Thank you,
Melissa



**Melissa Belle Kessler**
Legal and Policy Director | Department of State
720.326.0713 (cell)
melissa.kessler@coloradosos.gov
1700 Broadway, Suite 550
Denver, CO 80290

(Please note that my email address has changed to our new domain ColoradoSoS.gov: Melissa.Kessler@ColoradoSoS.gov.)

EXHIBIT B