

**STATE OF COLORADO**
**Department of State**
1700 Broadway, Suite 550
Denver, CO 80290

**Jena M. Griswold**
**Secretary of State**
Christopher P. Beall
Deputy Secretary of State

**November 18, 2021**

Logan Churchwell
Research Director
Public Interest Legal Foundation
32 E. Washington Street, Suite 1675
Indianapolis, Indiana 46204
Email: lchurchwell@publicinterestlegal.org

RE: Response to NVRA notice dated August 20, 2021

Dear Mr. Churchwell,

I write in response to your August 20, 2021 letter concerning the Colorado Secretary of State's response to your June 24, 2021 records request under the National Voter Registration Act of 1993, 52 U.S.C. §§ 20501 *et seq.* ("NVRA"), which requires each state and the District of Columbia to make available for public inspection "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i)(1).

As you know, the Secretary of State responded to the June 24 request on August 18, 2021 by providing you with a spreadsheet titled, "Cancelled_Deceased_2019_2021", which contains all records that the Colorado Department of State ("CDOS") uses to implement list maintenance activities for deceased voters and includes the unique voter identification numbers for such voters. Your August 20 letter acknowledged receipt of the spreadsheet.

Nevertheless, your most recent letter reiterated the June 24 request for "[a]ll 'ERIC Data' received from ERIC during the years 2019, 2020, and 2021 concerning registered voters identified as deceased or potentially deceased"[1] and "consent[ed], in this instance, to the redaction of all data elements contained in the Limited Access Death Master File ("LADMF") and protected by 15 C.F.R. § 1110 et seq., such as SSN dates of birth, SSN dates of death, SSN death locations, and full/partial SSN numbers."[2] As explained in the June 24 request, "ERIC Data" is a term used in the Electronic Registration Information Center ("ERIC") membership agreement to which Colorado is a party to describe "data included in reports provided by ERIC" to member states, including as relevant here certain data concerning deceased registrants.

---

[1] Public Interest Legal Foundation ("PILF") letter dated June 24, 2021 at Request 1.
[2] PILF letter dated August 20, 2021 at p. 3.

| Main Number | (303) 894-2200 | TDD/TTY | (303) 869-4867 | EXHIBIT D |
| Administration | (303) 860-6900 | Website | www.ColoradoSOS.gov | |
| Fax | (303) 869-4860 | E-mail | administration@ColoradoSOS.gov | |

In short, CDOS responds to your reiteration of the initial request for 'ERIC Data' by noting that CDOS does not treat reports containing ERIC Data as its implementation of list maintenance activities for deceased voters, and therefore such reports are not required to be maintained or produced for public inspection under § 20507(i)(1) of the NVRA. Rather, as explained below, CDOS obtains and evaluates data from a variety of sources, including but not limited to ERIC Data, and then creates and maintains its own record "showing all the registrants removed from the list of eligible voters for reasons of death for the years 2019, 2020, and 2021" [3] that is used to actually implement list maintenance activities for deceased voters. This is all maintained in the statewide voter registration system ("SCORE"), which is the source of the "Cancelled_Deceased_2019_2021" spreadsheet that was provided to you on August 18.

Each month, CDOS receives a deceased voter list created by ERIC based on a comparison of data sources that ERIC obtains from a variety of sources, including but not limited to the state voter registration list and the LAMDF created by the Social Security Administration, that is weighted based on the matching criteria in Colorado law[4] provided to ERIC. Following that comparison and matching process each month, ERIC sends a file to CDOS listing those registrants that ERIC believes are deceased and therefore eligible for cancellation. These data, in conjunction with data imported into SCORE from other sources, make up the list maintenance record that CDOS relies on. The voter-specific information concerning deceased voters was presented in the spreadsheet CDOS provided to you. The only information included in the final list maintenance record that CDOS creates and provides to each county is the minimum information necessary to implement cancellation of deceased voters' records.

CDOS only maintain copies of the deceased voter lists received from ERIC for a few months. In contrast, the final list maintenance record that CDOS creates and provides to each county for the purpose of implementing cancellation of deceased voters records is maintained permanently after processing in the statewide voter registration database. As explained above, that record for the years specified in the June 24 request is the "Cancelled_Deceased_2019_2021" spreadsheet that was provided to you on August 18. CDOS has therefore fully complied with its NVRA obligations in responding to that request and has no further records responsive to either it or the August 20 request.

Sincerely,

Christopher P. Beall
Deputy Secretary of State

---

[3] PILF letter dated June 24, 2021 at Request 2.
[4] Sections 1-2-604 and 1-2-605, C.R.S.; see also Election Rule 2.7.