UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JENA GRISWOLD,** in her official capacity as Secretary of State for the State of Colorado,<br><br>*Defendant*. | Civil Case No. _____ |

## NOTICE OF RELATED CASE

Pursuant to Local Rule 3.2, Plaintiff notifies the Court of a case potentially related to this action: *Public Interest Legal Foundation v. Evans*, No. 1:21-cv-03180 (D.D.C., filed Dec. 6, 2021).

    /s/ Noel H. Johnson
Noel H. Johnson
Public Interest Legal Foundation, Inc.
32 E. Washington St., Ste. 1675
Indianapolis, IN 46205
njohnson@publicinterestlegal.org
Attorney for Plaintiff

1