**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, Room C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**
Judge

303-844-2527

December 20, 2021

TO:         Jeffrey Colwell, Clerk

FROM:       Judge Babcock                    s/LTB

RE:         Civil Action No.  21-cv-03384
            Public Interest Legal Foundation, Inc. v. Griswold

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp