**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

    Grant T. Sullivan hereby enters his appearance on behalf of the Defendant, Jena Griswold, in her official capacity as Secretary of State for the State of Colorado, in the above captioned matter. Mr. Sullivan is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Grant T. Sullivan, Assistant Solicitor General.

Respectfully submitted this 10th day of February, 2022.

PHILIP J. WEISER  
Attorney General

s/ Grant T. Sullivan  
*Grant T. Sullivan*  
Assistant Solicitor General  
Public Officials Unit / State Services Section  
Ralph L. Carr Colorado Judicial Center  
1300 Broadway, 6th Floor  
Denver, Colorado  80203  
Telephone:  720 508-6349  
E-Mail:  grant.sullivan@coag.gov  
*Attorneys for Defendant*  
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Noel Henry Johnson
Kaylan L. Phillips
Public Interest Legal Foundation
32 East Washington St.
Suite 1675
Indianapolis, IN  46204
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

                        *s/* Xan Serocki
                        *Xan Serocki*