**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

**ENTRY OF APPEARANCE**

    Stefanie Mann hereby enters her appearance on behalf of the Defendant, Jena Griswold, in her official capacity as Secretary of State for the State of Colorado, in the above captioned matter. Ms. Mann is a member in good standing of the bar of this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the undersigned Stefanie Mann, Senior Assistant Attorney General.

Respectfully submitted this 10th day of February, 2022.

          PHILIP J. WEISER
          Attorney General

          s/ Stefanie Mann
          *Stefanie Mann*
          Senior Assistant Attorney General
          Public Officials Unit / State Services Section
          Ralph L. Carr Colorado Judicial Center
          1300 Broadway, 6th Floor
          Denver, Colorado  80203
          Telephone:  720 508-6500
          E-Mail:  stefanie.mann@coag.gov
          *Attorneys for Defendant*
          *Counsel of Record

## CERTIFICATE OF SERVICE

  I hereby certify that on February 10, 2022, I served a true and complete copy of the foregoing **ENTRY OF APPEARANCE,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Noel Henry Johnson
Kaylan L. Phillips
Public Interest Legal Foundation
32 East Washington St.
Suite 1675
Indianapolis, IN  46204
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

            *s/* Xan Serocki
            *Xan Serocki*