IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

     Plaintiff,

v.

JENA GRISWOLD, in her official capacity as
Secretary of State for the State of Colorado,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 14, 2022.**

Before the Court is Defendant's Unopposed Motion to Vacate Scheduling Conference and Stay Discovery. ECF 14. Defendant asks to stay the case for six months to allow the Court time to rule on its forthcoming motion to dismiss. Although Defendant has not yet filed the motion, the Court finds good cause to stay the matter until its final adjudication. *See Harris v. United States*, No. 09-cv-02658-PAB-KLM, 2010 WL 1687915, at *1 (D. Colo. Apr. 27, 2010) ("[n]either [the Court's] nor the parties' time is well-served by being involved in the 'struggle over the substance of the suit' when, as here, a dispositive motion is pending."). For good cause shown and on the basis of the legal arguments raised in it, the Motion [filed February 11, 2022; ECF 14] is **granted**.

Pursuant to the terms of the unopposed request, discovery including initial disclosures are **stayed** until further Order of the Court. The Scheduling Conference currently set for February 24, 2022 and all associated deadlines are **vacated**.

By no later than **August 15, 2022**, the parties shall confer about the status of the case. On or before **August 19, 2022**, a party or parties shall file a motion asking the Court either to lift the stay and set a Scheduling Conference or alternatively to continue the stay.