UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JENA GRISWOLD,** in her official capacity as Secretary of State for the State of Colorado,<br><br>*Defendant*. | Civil Case No. 1:21-CV-03384-PAB-MEH |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Public Interest Legal Foundation.

Respectfully submitted this 14th day of February 2022.

                                                /s/ Kaylan L. Phillips
                                               Kaylan L. Phillips
                                               PUBLIC INTEREST LEGAL FOUNDATION
                                               32 E. Washington St., Ste. 1675
                                               Indianapolis, IN 46204
                                               Tel: (317) 203-5599
                                               Fax: (888) 815-5641
                                               kphillips@PublicInterestLegal.org
                                               *Attorney for Plaintiff Public Interest Legal Foundation*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2022, I served a true and complete copy of the foregoing upon all parties herein by e-filing with the CM/ECF system maintained by the court.

                                                         /s/ Kaylan L. Phillips
                                                      Kaylan L. Phillips