**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

Plaintiff,

v.

JENA GRISWOLD, in her official capacity as
Secretary of State for the State Colorado,

Defendant.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Jena Griswold, in her official capacity as Secretary of State of Colorado, moves for an extension of time to answer or otherwise respond to the Complaint, through and including April 11, 2022, as follows.

1. <u>Certificate of Conferral</u>.  Pursuant to D.C.COLO.LCivR 7.1(a), Defendant's counsel conferred in good faith with Plaintiff's counsel regarding the relief requested by this Motion. Plaintiff does not oppose the relief requested by this Motion.

2. Under D.C.COLO.LCivR 6.1(c), the undersigned certifies that this motion has been contemporaneously served on his client.

3. Defendant waived service of the summons and compliant in this matter. Her answer or response under Fed. R. Civ. P. 12(b) is currently due March 28, 2022.

4.  This is the Secretary of State's first motion for an extension of time to file a responsive pleading. The Secretary requests an extension of 14 days from March 28, 2022 to April 11, 2022.

5.  Good cause exists for this requested extension under Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1. Specifically, Mr. Sullivan is currently engaged in representing the Secretary of State in time-sensitive election litigation related to the upcoming June 28 primary, *PARABLE v. Griswold*, No. 22-cv-00477, which was until just recently also being heard by Chief Judge Brimmer. In addition to expedited briefing deadlines on both a response to a preliminary injunction motion and a motion to dismiss, a preliminary injunction hearing is scheduled in *PARABLE* for April 5, 2022, requiring witness preparation. In addition, Ms. Mann also has other imminent litigation deadlines and ongoing client obligations that prevent the immediate filing of a responsive pleading here. These include but are not limited to preparing a Colorado Court of Appeals' Answer Brief (*Gazette v. Bourgerie*, No. 21CA1880), and a Motion to Dismiss in a Western District of Texas case (*Serna v. City of Colorado Springs*, No. 2021CV939).

6.  No delay in the progress of this case will occur by granting this request. All discovery is currently stayed.

WHEREFORE, based on the reasons set forth above, the Secretary of State respectfully requests that this Court enter an order extending the deadline for her responsive pleading through and including April 11, 2022.

Respectfully submitted this 23rd day of March, 2022.

PHILIP J. WEISER
Attorney General

s/ Grant T. Sullivan
GRANT T. SULLIVAN*
Assistant Solicitor General
STEFANIE MANN*
Senior Assistant Attorney General
Public Officials Unit / State Services Section
Attorney for Defendant Polis
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720 508-6349 (Sullivan)
E-Mail:  grant.sullivan@coag.gov
            Stefanie.mann@coag.gov
*Counsel of Record

3

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2022, I e-filed the foregoing UNOPPOSED **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or e-mail, addressed as follows:

Noel Henry Johnson
Kaylan L. Phillips
Public Interest Legal Foundation
32 East Washington St.
Suite 1675
Indianapolis, IN 46204
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

                                         *s/* Xan Serocki
                                         *Xan Serocki*