IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    Plaintiffs,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

    Defendant.

## UNOPPOSED MOTION TO FILE MOTION TO DISMISS EXCEEDING PAGE LIMITATIONS

Defendant Jena Griswold, in her official capacity as Colorado Secretary of State ("Secretary"), through undersigned counsel, respectfully requests this Court grant the Secretary's request to file a Motion to Dismiss that exceeds the page limitations established by the Court's practice standards.

Under D.C.COLO.LCivR 7.1(a), counsel for the Secretary has conferred with counsel for Plaintiff. Plaintiff does not oppose this request as long as it is afforded reciprocal page length for its response, if needed. Defendants have no objection to granting both sides identical page extensions.

The Secretary seeks to file a brief of no more than 20 pages. The Secretary submits good cause exists for this request because the additional pages are necessary to address the legal issues Plaintiff's claims raise. In her motion to dismiss, the Secretary intends to argue that Plaintiff's claims fail for multiple reasons and should be dismissed under Fed. R. Civ. P. 12(b)(6). The Secretary will argue that (1) the plain language of the National Voter Registration Act (NVRA)

1

does not require the release of the requested records, (2) Plaintiff's construction of the NVRA would create unnecessary conflict with later-enacted federal statutes, and (3) Plaintiff's reading of the NVRA would require the Court to conclude that the NVRA impliedly repealed existing privacy statutes. Even if presented concisely, a brief page enlargement is needed to adequately address each of these issues.

Accordingly, the Secretary respectfully requests permission to file a Motion to Dismiss not to exceed 20 pages.

Respectfully submitted this 7th day of April, 2022.

PHILIP J. WEISER
Attorney General

s/ Stefanie Mann
*GRANT T. SULLIVAN**
Assistant Solicitor General
*STEFANIE MANN**
Senior Assistant Attorney General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado  80203
Telephone:  720 508-6349 (Sullivan)
E-Mail:  grant.sullivan@coag.gov
              stefanie.mann@coag.gov
*Counsel of Record
Attorneys for Defendant Griswold

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I served a true and complete copy of the foregoing **UNOPPOSED MOTION TO FILE MOTION TO DISMISS EXCEEDING PAGE LIMITATIONS** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or email, addressed as follows:

Noel Henry Johnson
Kaylan L. Phillips
Public Interest Legal Foundation
32 East Washington St.
Suite 1675
Indianapolis, IN 46204
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

*s/* Xan Serocki

3