UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**JENA GRISWOLD,** in her official capacity as Secretary of State for the State of Colorado,<br><br>*Defendant*. | Civil Case No. 1:21-CV-03384-PAB-MEH |

### UNOPPOSED MOTION TO FILE RESPONSE TO MOTION TO DISMISS EXCEEDING PAGE LIMITATIONS

The Public Interest Legal Foundation ("Foundation") respectfully requests this Court allow it to file a response to Defendant's Motion to Dismiss that exceeds the page limitations established by the Court's practice standards.

On April 7, 2022, Defendant filed an unopposed motion to exceed the page limitations for its motion to dismiss. (Doc. 21.) In that motion, Defendant noted that "Plaintiff does not oppose this request as long as it is afforded reciprocal page length for its response, if needed. Defendants have no objection to granting both sides identical page extensions." (Doc. 21 at 1.) Specifically, Defendant requested permission to file a motion to dismiss that does not exceed 20 pages. The Court granted Defendant's motion to exceed the page limitations on April 8, 2022.

The Foundation requests permission to file a response that, like Defendant's request, does not exceed 20 pages. The Foundation submits that good cause exists for this request because of the legal issues presented in the Defendant's motion to dismiss.

A copy of the Foundation's response is attached to this motion and filed as a separate docket entry.

1

Respectfully submitted this 2nd day of May 2022.

    /s/ Noel H. Johnson
Noel H. Johnson*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* *Admitted to the bar of the U.S. District Court for the District of Colorado*

*Attorneys for Plaintiff Public Interest Legal Foundation*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, I served a true and complete copy of the foregoing upon all parties herein by e-filing with the CM/ECF system maintained by the court.

    /s/ Noel H. Johnson
Noel H. Johnson