IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

Plaintiff,

v.

JENA GRISWOLD, in her official capacity as
Secretary of State for the State Colorado,

Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HER MOTION TO DISMISS**

Defendant, Jena Griswold, in her official capacity as Secretary of State of Colorado, moves for an extension of time to answer or otherwise respond to the Complaint, through and including May 30, 2022, as follows.

1. <u>Certificate of Conferral</u>.  Pursuant to D.C.COLO.LCivR 7.1(a), Defendant's counsel conferred in good faith with Plaintiff's counsel regarding the relief requested by this Motion. Plaintiff does not oppose the relief requested by this Motion.

2. Under D.C.COLO.LCivR 6.1(c), the undersigned certifies that this motion has been contemporaneously served on his client.

3. Defendant filed her Motion to Dismiss on April 11, 2022. [Doc. 23]. Plaintiff filed its Response to Defendant's Motion to Dismiss on May 2, 2022. [Doc. 25]. Thus, Defendant's Reply in support of her Motion to Dismiss is currently due May 16, 2022.

4. This is the Secretary of State's first motion for an extension of time to file a Reply in support of her Motion to Dismiss. The Secretary requests an extension of 14 days from May 16, 2022, to May 30, 2022.

5. Good cause exists for this requested extension under Fed. R. Civ. P. 6(b)(1) and D.C.COLO.LCivR 6.1. Specifically, Ms. Mann was traveling internationally all of last week to attend a family member's funeral service. This travel was unexpected and could not be avoided. In addition, Ms. Mann also has other imminent litigation deadlines and ongoing client obligations that prevent the timely filing of the Reply here. These include but are not limited to preparing a Response to an Order to Show Cause in Colorado Supreme Court Case No. 2022SA73, an Opening Brief in Denver District Court Case No. 2022CV30977, and an Answer Brief in Colorado Supreme Court Case No. 2022SA97.

6. Mr. Sullivan similarly has other imminent litigation deadlines and ongoing client obligations that prevent the timely filing of the Reply in this case. Specifically, Mr. Sullivan is counsel to the Colorado Title Board, and has been engaged in briefing multiple expedited appeals before the Colorado Supreme Court under Colo. Rev. Stat. § 1-40-107(2). These time-sensitive appeals are expedited because initiative proponents are constrained in the number of days before November's election during which they can seek supporting signatures. *See* Colo. Rev. Stat. § 1-40-108. Title Board appeals therefore receive expedited treatment so that initiative proponents have certainty regarding their initiative's title before they circulate the measure for signatures.

7. Finally, Plaintiff's Response to the Motion to Dismiss implicates the interpretation and interplay of multiple complex federal statutory schemes governing citizens'

privacy, including but not limited to the National Voter Registration Act, the Bipartisan Budget Act of 2013, the Driver's Privacy Protection Act of 1994, the Freedom of Information Act, and the Privacy Act of 1974. Additional time is needed for the Secretary's counsel to research and prepare a Reply that adequately addresses the interplay of these statutes and the numerous arguments raised in Plaintiff's Response to the Motion to Dismiss.

8. No delay in the progress of this case will occur by granting this request. All discovery is currently stayed.

WHEREFORE, based on the reasons set forth above, the Secretary of State respectfully requests that this Court enter an order extending the deadline for her responsive pleading through and including May 30, 2022.

Respectfully submitted this 10th day of May, 2022.

> PHILIP J. WEISER
> Attorney General
>
> s/ Stefanie Mann
> _____
> GRANT T. SULLIVAN*
> Assistant Solicitor General
> STEFANIE MANN*
> Senior Assistant Attorney General
> Public Officials Unit / State Services Section
> Attorney for Defendant Polis
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, Colorado  80203
> Telephone:  720 508-6349 (Sullivan)
> E-Mail:  grant.sullivan@coag.gov
>               Stefanie.mann@coag.gov
> *Counsel of Record


## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I e-filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS,** upon all parties herein by e-filing with the CM/ECF system maintained by the court and/or e-mail, addressed as follows:

Noel Henry Johnson
Kaylan L. Phillips
Public Interest Legal Foundation
32 East Washington St.
Suite 1675
Indianapolis, IN 46204
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

      *s/* Xan Serocki
      *Xan Serocki*