UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,** *Plaintiff,* <br><br> v. <br><br> **JENA GRISWOLD,** in her official capacity as Secretary of State for the State of Colorado, *Defendant.* | Civil Case No. 1:21-cv-03384-PAB-MEH |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Public Interest Legal Foundation, Inc. ("Foundation") respectfully moves for leave to file the attached surreply. The information presented by the proposed surreply was not available to the Foundation at the time the Foundation filed its response to Defendant's motion to dismiss (Doc. 25, filed May 2, 2022). The information presented is generally relevant to Defendant's position that the ERIC Deceased Reports are not public records under the NVRA and specifically two of Defendant's primary defenses: that the Foundation's claim conflicts with (1) the Driver's Privacy Protection Act (Doc. 23 at 11-14; Doc. 28 at 3-11) and (2) federal laws governing the Limited Access Death Master File (Doc. 23 at 9-11; Doc. 28 at 3-11). For these reasons, good cause to grant this motion exists.

Prior to filing this motion, the Foundation's counsel conferred with Defendant's counsel. D.C. Colo. LCivR 7.1(a). Defendant opposes the relief requested by this Motion.

1

Dated: July 22, 2022.

For the Plaintiff Public Interest Legal Foundation:

    /s/ Noel H. Johnson
Noel H. Johnson*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* *Admitted to the bar of the U.S. District Court for the District of Colorado*

*Attorneys for Plaintiff Public Interest Legal Foundation*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 22, 2022, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

                        /s/ Noel H. Johnson
                        Noel H. Johnson
                        Counsel for Plaintiff
                        njohnson@PublicInterestLegal.org