UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.,** *Plaintiff*, v. **JENA GRISWOLD,** in her official capacity as Secretary of State for the State of Colorado, *Defendant*. | Civil Case No. 1:21-cv-03384-PAB-MEH |

**PLAINTIFF PUBLIC INTEREST LEGAL FOUNDATION'S SUR-REPLY IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Defendant Jena Griswold ("Secretary") has moved to dismiss the Foundation's complaint on the grounds that that the requested ERIC Deceased Reports are generally not public records under the National Voter Registration Act and specifically that the Foundation's claim conflicts with (1) the Driver's Privacy Protection Act (Doc. 23 at 11-14; Doc. 28 at 3-11) and (2) federal laws governing the Limited Access Death Master File (Doc. 23 at 9-11; Doc. 28 at 3-11).

Documents the Foundation obtained via a public records request after the filing of its response to the Secretary's Motion to Dismiss (Doc. 25) call the Secretary's arguments into question. These documents, true and correct copies of which are attached to this memorandum, apparently reveal that ERIC and its member states are sharing data with an outside organization called the Center for Election Innovation and Research or CEIR. https://electioninnovation.org/ (last accessed July 21, 2022).

In a January 12, 2021 email, ERIC Executive Director Shane Hamlin wrote the following to Rhode Island Director of Elections Rob Rock:

Yes, you're good to continue working with CEIR.

1

> CEIR signed an NDA with ERIC for the purpose of assisting ERIC and ERIC members with independent research of ERIC's effectiveness. The NDA applies to **ERIC data and information that CEIR receives from ERIC or a member state of ERIC.** It includes detailed requirements and restrictions to protect your data/ERIC data.

Exhibit A at 2 (emphasis added). While the details of this information-sharing agreement are presently unknown to the Foundation, this email minimally indicates that ERIC and its member states are sharing data with CEIR. The Foundation brings this email to the Court's attention in light of the Secretary's position that the DPPA and LADMF regulations preclude disclosure of data to the Foundation.

Dated: July 22, 2022.

For the Plaintiff Public Interest Legal Foundation:

        /s/ Noel H. Johnson
Noel H. Johnson*
Kaylan L. Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
32 E. Washington St., Ste. 1675
Indianapolis, IN 46204
Tel: (317) 203-5599
Fax: (888) 815-5641
njohnson@PublicInterestLegal.org
kphillips@PublicInterestLegal.org
* *Admitted to the bar of the U.S. District Court for the District of Colorado*

*Attorneys for Plaintiff Public Interest Legal Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, I electronically filed the foregoing using the Court's ECF system, which will serve notice on all parties.

 /s/ Noel H. Johnson
Noel H. Johnson
Counsel for Plaintiff
njohnson@PublicInterestLegal.org