EXHIBIT A

Query    Reports    Utilities    Help    Log Out

TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:21-cv-03180-FYP

| | |
|---|---|
| PUBLIC INTEREST LEGAL FOUNDATION, INC. v. EVANS<br>Assigned to: Judge Florence Y. Pan<br>Cause: 28:1331 Fed. Question | Date Filed: 12/06/2021<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** | represented by | **Noel H. Johnson**<br>PUBLIC INTEREST LEGAL FOUNDATION<br>32 East Washington<br>Suite 1675<br>Indianapolis, IN 46204<br>(317) 203-5599<br>Fax: (888) 815-5641<br>Email: njohnson@publicinterestlegal.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kaylan L. Phillips**<br>PUBLIC INTEREST LEGAL FOUNDATION<br>32 East Washington<br>Suite 1675<br>Indianapolis, IN 46204<br>(317) 203-5599<br>Fax: (888) 815-5641<br>Email: kphillips@publicinterestlegal.org<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **MONICA HOLMAN EVANS**<br>*in her official capacity as Executive Director of the District of Columbia Board of Elections* | represented by | **Micah Ian Bluming**<br>OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA<br>400 6th Street NW<br>Suite 10100<br>Washington, DC 20001<br>(202) 724-7272<br>Fax: (202) 730-1833<br>Email: micah.bluming@dc.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Aaron Josiah Finkhousen**
OFFICE OF THE ATTORNEY GENERAL
FOR D.C.
Civil Litigation Division
400 6th Street, NW
Washington, DC 20001
(202) 724-7334
Fax: (202) 730-0493
Email: aaron.finkhousen@dc.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/06/2021 | 1 | COMPLAINT against MONICA HOLMAN EVANS( Filing fee $ 402 receipt number BDCDC-8908129) filed by PUBLIC INTEREST LEGAL FOUNDATION. (Attachments: # 1 Exhibit A - Records Request, # 2 Exhibit B - Denial, # 3 Exhibit C - NVRA Violation Notice, # 4 Exhibit D - Response to Violation Notice, # 5 Civil Cover Sheet, # 6 Corporate Disclosure Statement, # 7 Summons)(Phillips, Kaylan) Modified on 12/6/2021 to correct docket entry text (zsb). (Entered: 12/06/2021) |
| 12/06/2021 | | Case Assigned to Judge Florence Y. Pan. (zsb) (Entered: 12/06/2021) |
| 12/06/2021 | 2 | STANDING ORDER: The parties are hereby ORDERED to comply with the directives set forth in the attached Standing Order. See document for details. Signed by Judge Florence Y. Pan on 12/6/2021. (lcsw) (Entered: 12/06/2021) |
| 12/06/2021 | 3 | SUMMONS (1) Issued Electronically as to MONICA HOLMAN EVANS. (Attachments: # 1 Notice and Consent)(adh, ) (Entered: 12/06/2021) |
| 12/16/2021 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MONICA HOLMAN EVANS served on 12/14/2021 (Phillips, Kaylan) (Entered: 12/16/2021) |
| 12/27/2021 | 5 | NOTICE of Appearance by Micah Ian Bluming on behalf of MONICA HOLMAN EVANS (Bluming, Micah) (Entered: 12/27/2021) |
| 12/27/2021 | 6 | Consent MOTION for Extension of Time to *Respond to Plaintiff's Complaint* by MONICA HOLMAN EVANS. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Bluming, Micah) (Entered: 12/27/2021) |
| 12/28/2021 | | MINUTE ORDER granting 6 Consent MOTION for Extension of Time to Respond to Plaintiff's Complaint, for good cause shown. Defendant's response to the Complaint is due on February 3, 2022. Signed by Judge Florence Y. Pan on 12/28/2021. (lcsw) (Entered: 12/28/2021) |
| 12/28/2021 | | Set/Reset Deadlines: Defendant's response to the Complaint due by 2/3/2022. (zacr) (Entered: 12/28/2021) |
| 01/07/2022 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Noel H. Johnson, Filing fee $ 100, receipt number ADCDC-8965963. Fee Status: Fee Paid. by PUBLIC INTEREST LEGAL FOUNDATION, INC.. (Attachments: # 1 Declaration of Noel H. Johnson, # 2 Text of Proposed Order)(Johnson, Noel) (Entered: 01/07/2022) |
| 01/07/2022 | | NOTICE OF ERROR re 7 Motion for Leave to Appear Pro Hac Vice; emailed to njohnson@publicinterestlegal.org, cc'd 3 associated attorneys -- The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. Please refile document, 3. (Entered: 01/07/2022) |

| | | |
|---|---|---|
| 01/07/2022 | 8 | DECLARATION *of Noel H. Johnson in Support of Motion for Admission Pro Hac Vice* by PUBLIC INTEREST LEGAL FOUNDATION, INC.. (Johnson, Noel) (Entered: 01/07/2022) |
| 01/07/2022 | | MINUTE ORDER granting 7 MOTION for Leave to Appear Pro Hac Vice. It is hereby ORDERED that Noel H. Johnson is admitted pro hac vice in this matter as counsel for Plaintiff. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions**. Signed by Judge Florence Y. Pan on 1/7/22. (lcaa) (Entered: 01/07/2022) |
| 02/03/2022 | 9 | MOTION to Dismiss *Plaintiff's Complaint* by MONICA HOLMAN EVANS. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Bluming, Micah) (Entered: 02/03/2022) |
| 02/17/2022 | 10 | Memorandum in opposition to re 9 MOTION to Dismiss *Plaintiff's Complaint* filed by PUBLIC INTEREST LEGAL FOUNDATION, INC.. (Johnson, Noel) (Entered: 02/17/2022) |
| 02/18/2022 | 11 | MOTION for Extension of Time to File Response/Reply as to 9 MOTION to Dismiss *Plaintiff's Complaint* by MONICA HOLMAN EVANS. (Finkhousen, Aaron) (Entered: 02/18/2022) |
| 02/24/2022 | | MINUTE ORDER. Although Defendant's 11 Motion for Extension of Time to File Response/Reply represents that it is opposed in part, Plaintiff has not filed an Opposition. The Court discerns no prejudice to Plaintiff from granting a three-week extension, and therefore grants the 11 Motion. Defendant's Reply in support of her 9 Motion to Dismiss is due on March 17, 2022. Signed by Judge Florence Y. Pan on 2/24/2022. (lcsw) (Entered: 02/24/2022) |
| 02/24/2022 | | Set/Reset Deadlines: Defendant's Reply due by 3/17/2022. (zacr) (Entered: 02/24/2022) |
| 03/17/2022 | 12 | REPLY to opposition to motion re 9 MOTION to Dismiss *Plaintiff's Complaint* filed by MONICA HOLMAN EVANS. (Bluming, Micah) (Entered: 03/17/2022) |
| 05/23/2022 | 13 | NOTICE OF SUPPLEMENTAL AUTHORITY by PUBLIC INTEREST LEGAL FOUNDATION, INC. (Attachments: # 1 Exhibit A (PILF v. Chapman))(Johnson, Noel) (Entered: 05/23/2022) |
| 07/22/2022 | 14 | MOTION for Leave to File *to File Surreply* by PUBLIC INTEREST LEGAL FOUNDATION, INC.. (Attachments: # 1 Memorandum in Support Proposed Surreply, # 2 Exhibit A - Email)(Johnson, Noel) (Entered: 07/22/2022) |
| 07/29/2022 | | MINUTE ORDER denying Plaintiff's 14 Motion for Leave to File Surreply without prejudice for failure to adequately meet and confer. Plaintiff may refile the motion after it ascertains whether Defendant objects to the filing of the surreply as required by Local Civil Rule 7(m). Signed by Judge Florence Y. Pan on 7/29/22. (lckw) (Entered: 07/29/2022) |
| 08/01/2022 | 15 | MOTION for Leave to File *to File Surreply* by PUBLIC INTEREST LEGAL FOUNDATION, INC.. (Attachments: # 1 Exhibit Proposed Surreply, # 2 Exhibit A - Email, # 3 Text of Proposed Order Proposed Order)(Johnson, Noel) (Entered: 08/01/2022) |
| 08/02/2022 | | MINUTE ORDER denying Plaintiff's 15 Motion for Leave to File a Surreply. The proposed Surreply, in substance, seeks to introduce evidence. When ruling on a motion under Rule 12(b)(6), however, this Court may consider only those documents either attached to or incorporated in the complaint and matters of which the court may take judicial notice. *Hurd v. Dist. of Columbia*, 864 F.3d 671, 678 (D.C. Cir. 2017) (alteration omitted) (quoting *EEOC v. St. Francis Xavier Parochial Sch.*, 117 F.3d 621, 624 (D.C. Cir. 1997)). Signed by Judge Florence Y. Pan on 8/2/2022. (lcsw) (Entered: 08/02/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/03/2022 11:04:24 | | | |
| **PACER Login:** | coag2014 | **Client Code:** | 2021-stel-137244 |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cv-03180-FYP |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |