IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

   Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

   Defendant.

_____

MINUTE ORDER
_____

**Order Entered by Judge Philip A. Brimmer**

   This matter comes before the Court on Plaintiff's Motion for Leave to File Sur-Reply [Docket No. 29]. Plaintiff seeks to file a Sur-Reply directed at defendant's motion to dismiss. *Id.* at 1. Defendant opposes plaintiff's request. Docket No. 30. The Court finds that defendant did not raise a new issue in its Reply in Support of Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6). *See* Docket No. 28. Plaintiff seeks to file a sur-reply based on information that was "not available to [plaintiff] at the time" plaintiff responded to defendant's motion. Docket No. 29 at 1. Because plaintiff does not identify any new material in defendant's reply, the Court will not allow a sur-reply. *See Conroy v. Vilsack*, 707 F.3d 1163, 1179 n.6 (10th Cir. 2013) ("[A] district court abuses its discretion only when it both denies a party leave to file a surreply and relies on new materials or new arguments in the opposing party's reply brief.").

   It is

   **ORDERED** that Plaintiff's Motion for Leave to File Sur-Reply [Docket No. 29] is **DENIED**. It is further

   **ORDERED** that plaintiff's Unopposed Motion to File Response to Motion to Dismiss Exceeding Page Limitations [Docket No. 24] is **GRANTED**.

   Dated March 30, 2023