# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-CV-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,
    Plaintiff,
v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,
    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Senior Assistant Attorney General Stefanie Mann respectfully moves to withdraw as counsel for Defendant Jena Griswold, in her official capacity as Secretary of State of the State of Colorado. In support of this motion, Ms. Mann states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiff before filing this Motion.

2. The withdrawing attorney certifies that she has complied with all outstanding orders of the Court.

3. The withdrawing attorney will no longer be affiliated with the Colorado Attorney General's Office after April 28, 2023.

4. Assistant Solicitor General Sullivan remains active counsel for Defendant Griswold.

WHEREFORE, Defendant respectfully requests that this Court enter an order approving the withdrawal of Senior Assistant Attorney General Stefanie Mann as counsel of record and that electronic service to Ms. Mann in this matter via the CM/ECF system be terminated.

Respectively submitted this 28th day of April, 2023.

        PHILIP J. WEISER
        Attorney General

        s/ Stefanie Mann
        s/ Grant T. Sullivan
        STEFANIE MANN*
        Senior Assistant Attorney General
        GRANT T. SULLIVAN*
        Assistant Solicitor General

        Public Officials Unit
        State Services Section
        1300 Broadway, 6th Floor
        Denver, CO 80203
        Phone:  (720) 508-6349 (Sullivan)
        Fax: (720) 508-6041
        Email: grant.sullivan@coag.gov
        stefanie.mann@coag.gov
        Attorneys for Defendant
        *Counsel of Record

# CERTIFICATE OF SERVICE

        I hereby certify that on April 28, 2023, I served a true and complete copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** upon all parties through ECF-file and serve or as indicated below:

Noel Henry Johnson
Kaylan L. Phillips
Public Interest Legal Foundation
32 East Washington St.
Suite 1675
Indianapolis, IN 46204
njohnson@publicinterestlegal.org
kphillips@publicinterestlegal.org
*Attorneys for Plaintiff*

   *s/ Xan Serocki*
   XAN SEROCKI