IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    Plaintiff,

v.

JENNA GRISWOLD, in her official capacity as Secretary of State for the Colorado,

    Defendant.

**JOINT STATUS REPORT AND
JOINT MOTION TO SET DEADLINE FOR NEXT STATUS REPORT**

    Pursuant to this Court's Order on October 11, 2023, Doc. 50, the parties jointly provide the following status report and also jointly request that the Court enter an order setting a November 20, 2023, deadline for the parties to file another joint status report.

**JOINT STATUS REPORT**

    Plaintiff filed its Complaint on December 16, 2021, alleging that the Defendant violated the Public Disclosure Provision of the National Voter Registration Act of 1993 ("NVRA") by not disclosing certain records requested by Plaintiff. *See* 52 U.S.C. § 20507(i)(1). Defendant filed a motion to dismiss on April 11, 2022, arguing that other federal laws—including the Bipartisan Budget Act of 2013, the Driver's Privacy Protection Act of 1994, and certain privacy laws—required Defendant to maintain the confidentiality of the requested records. Doc. 23.

    The Court issued its ruling on Defendant's motion to dismiss on September 29, 2023. Doc. 47. The Court denied Defendant's motion, explaining that the Court can harmonize the

competing statutory regimes by "order[ing] redaction of uniquely sensitive information in otherwise disclosable documents." *Id.* at 15 (quotations omitted).

Since receiving the order on the motion to dismiss, the parties have been conferring cooperatively regarding next steps in this case. The parties' counsel conducted a telephone conference on October 12, 2023. Subsequently, the Plaintiff provided the Defendant with a settlement offer, which the Defendant is currently reviewing with counsel.

## MOTION

To allow the parties time to complete their discussions regarding potential settlement of this matter, the parties jointly request that the Court enter an order setting a deadline of November 20, 2023, for the parties to provide another joint status report. This time will afford the parties the opportunity to complete their conferral process and settlement discussions, which have been productive as the parties are working together cooperatively to move the case forward to resolution. The parties believe that discovery and other case management activities are unnecessary at this time.

Pursuant to D.C.COLO.LCivR 6.1(b), this is the second extension of time that the parties have sought for the deadline set by Judge Hegarty for moving to lift the stay and set a scheduling conference.

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certify that a copy of this motion will be served on representatives for Plaintiff and Defendant.

Accordingly, the parties jointly request that the Court enter an order setting a November 20, 2023, deadline for the parties to provide a joint status report.

Dated: October 20, 2023.

                              PUBLIC INTEREST LEGAL FOUNDATION

                              *s/ Noel H. Johnson*
                              KAYLAN L. PHILLIPS
                              NOEL H. JOHNSON
                              107 S. West Street, Suite 700
                              Alexandria, VA 22314
                              Telephone: (703) 745-5870
                              Email: kphillips@PublicInterestlegal.org
                              njohnson@PublicInterestlegal.org
                              *Attorneys for Plaintiff*

                              PHILIP J. WEISER
                              Attorney General

                              *s/ Grant T. Sullivan*
                              GRANT T. SULLIVAN
                              Assistant Solicitor General
                              Attorney for The State of Colorado
                              Ralph L. Carr Colorado Judicial Center
                              1300 Broadway, 6th Floor
                              Denver, Colorado 80203
                              Telephone:  720-508-6349
                              E-Mail:  grant.sullivan@coag.gov
                              *Attorney for Defendant*