IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the Colorado,

    Defendant.

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: SETTLEMENT

    The parties to this case have resolved their dispute in this case through a mutually agreeable settlement in principle. To memorialize the settlement, the parties jointly request that the Court sign the Stipulated Order attached to this motion and enter it and the accompanying Exhibit A as an Order of the Court. The Stipulated Order requires Defendant to disclose certain documents, with limited redactions specified in the Order, to Plaintiff within 45 days of the Court issuing the Order. Within 14 days of Defendant's disclosure, the parties will file a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each side to bear their own attorneys' fees and costs.

    Dated: December 1, 2023.

PUBLIC INTEREST LEGAL FOUNDATION

*s/ Noel H. Johnson*
KAYLAN L. PHILLIPS
NOEL H. JOHNSON
107 S. West Street, Suite 700
Alexandria, VA 22314
Telephone: (703) 745-5870
Email: kphillips@PublicInterestlegal.org
njohnson@PublicInterestlegal.org
*Attorneys for Plaintiff*


PHILIP J. WEISER
Attorney General


*s/ Grant T. Sullivan*
GRANT T. SULLIVAN
Assistant Solicitor General
Attorney for The State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone:  720-508-6349
E-Mail:  grant.sullivan@coag.gov
*Attorney for Defendant*

2