# Exhibit A to
# Stipulated Order in
# No. 21-cv-03384-PAB-MEH

*ERIC Report Key*

*Pub. Int. Legal Found., Inc. v. Griswold*, No. 21-cv-03384-PAB-MEH (D. Colo.)

December 1, 2023

# DECEASED REPORT FORMAT

The report provides information about matches between your voter and the Social Security Administration's Death Master Index (SSDM).

The primary filter for this report is …
- REF_SCORE █████████████████████████████
- MATCH_SCORE █
- STATUS_CODE = (A)ctive or (I)nactive voter record matched with an (A)ctive Social Security Death Master record

| Column # | Name | Type | Length | Description |
|---|---|---|---|---|
| 1 | STATE_CODE | VARCHAR | 5 | The two digit state code |
| 2 | NOTICE_ID | BIGINT | 8 | The unique ID assigned to this notification |
| 3 | NOTICE_CODE | VARCHAR | 25 | The type of notification: Always "DECEASED" for this report. |
| 4 | REF_SCORE | SMALLINT | 2 | A reference score to help rank the strength of the match |
| 5 | ERRULE_CODE | VARCHAR | 25 | A code that describes what fields matched. ███████████████ |
| 6 | MATCH_SCORE | DECIMAL | 6 | A match score to help rank the strength of the match between the two primary records |
| 7 | MATCH_KEY | VARCHAR | 50 | A combination of codes that describe what fields matched. ███████████ |
| 8 | LATER_ACT_FLAG | INTEGER | 4 | This flag will be 1 if the voter's last activity date is later than the date of death. These matches are suspect and should be further researched before being acted upon. |
| *The next three fields and the VTR_ group of fields provide information on your voter that has been matched* | | | | |
| 9 | DSRC_CODE1 | VARCHAR | 25 | This is the data source for your VOTER file, <state_code>_VR. |
| 10 | ETYPE_CODE1 | VARCHAR | 25 | This will always be "VOTER" for this report |
| 11 | ENT_SRC_KEY1 | VARCHAR | 250 | This is the unique key to your voter record, usually the voter ID |
| 12 | VTR_VOTER_ID | VARCHAR | 25 | Your voter ID |
| 13 | VTR_COUNTY | VARCHAR | 50 | The county the voter is registered in, passed from source voter record |
| 14 | VTR_COUNTY_ID | VARCHAR | 25 | A county ID, usually only for bottom up states. |
| 15 | VTR_VOTER_GROUP | VARCHAR | 25 | This is a grouping for voters such as Military, passed from source voter record |
| 16 | VTR_STATUS_CODE | CHARACTER | 1 | A=Active, I=Inactive or C=Canceled.  This report only includes A=Active. |
| 17 | VTR_REG_DATE | VARCHAR | 10 | The original registration date for the VOTER record |
| 18 | VTR_LAST_ACT_DATE | VARCHAR | 10 | The last activity date of the VOTER record |
| 19 | VTR_LAST_VOTE_DATE | VARCHAR | 10 | The last vote date of the voter record |
| 20 | VTR_LAST_NAME | VARCHAR | 50 | Last name |
| 21 | VTR_FIRST_NAME | VARCHAR | 50 | First name |
| 22 | VTR_MIDDLE_NAME | VARCHAR | 50 | Middle name |
| 23 | VTR_NAME_PREFIX | VARCHAR | 25 | **not populated** |
| 24 | VTR_NAME_SUFFIX | VARCHAR | 25 | Name suffix (JR, SR, III, etc.) |
| 25 | VTR_RES_FROM_DATE | VARCHAR | 10 | Date the residence address became applicable |
| 26 | VTR_RES_ADDR1 | VARCHAR | 100 | Residential address line 1 |
| 27 | VTR_RES_ADDR2 | VARCHAR | 100 | Residential address line 2 |
| 28 | VTR_RES_ADDR3 | VARCHAR | 100 | Residential address line 3 |
| 29 | VTR_RES_CITY | VARCHAR | 50 | Residential city |
| 30 | VTR_RES_STATE | VARCHAR | 50 | Residential state |
| 31 | VTR_RES_ZIP_CODE | VARCHAR | 10 | Residential ZIP code |
| 32 | VTR_RES_ZIP4 | VARCHAR | 4 | Residential ZIP plus-four code |
| 33 | VTR_RES_COUNTRY | VARCHAR | 50 | Residential country |
| 34 | VTR_MAIL_FROM_DATE | VARCHAR | 10 | Date the mailing address became applicable |
| 35 | VTR_MAIL_ADDR1 | VARCHAR | 100 | Mailing address line 1 |
| 36 | VTR_MAIL_ADDR2 | VARCHAR | 100 | Mailing address line 2 |
| 37 | VTR_MAIL_ADDR3 | VARCHAR | 100 | Mailing address line 3 |
| 38 | VTR_MAIL_CITY | VARCHAR | 50 | Mailing city |
| 39 | VTR_MAIL_STATE | VARCHAR | 50 | Mailing state |
| 40 | VTR_MAIL_ZIP_CODE | VARCHAR | 10 | Mailing ZIP code |
| 41 | VTR_MAIL_ZIP4 | VARCHAR | 4 | Mailing ZIP plus-four code |
| 42 | VTR_MAIL_COUNTRY | VARCHAR | 50 | Mailing country |
| 43 | VTR_EMAIL_FROM_DATE | VARCHAR | 10 | Date the email address became applicable |
| 44 | VTR_EMAIL_ADDR | VARCHAR | 100 | Email address |
| 45 | VTR_PHONE_FROM_DATE | VARCHAR | 10 | Date the phone number became applicable |
| 46 | VTR_PHONE_NUM | VARCHAR | 50 | Phone number |
| *The next three fields describe what record is being reported as a match.  DSRC_CODE2 and ETYPE_CODE2 are always "SSDM"* | | | | |
| 47 | DSRC_CODE2 | VARCHAR | 25 | The data source of the matched record.  This will always be "SSDM" |
| 48 | ETYPE_CODE2 | VARCHAR | 25 | The matched record's entity type always "SSDM". |
| 49 | ENT_SRC_KEY2 | VARCHAR | 250 | The matched record's unique key. |
| *The MCH_ group of fields provides information the matching Social Security Death Master record* | | | | |
| 50 | MCH_STATUS_CODE | CHARACTER | 1 | The matched record's status code, only A=Active records are included |
| 51 | MCH_DOD | VARCHAR | 10 | The matched record's date of death |
| 52 | MCH_LAST_NAME | VARCHAR | 50 | Last name |

| 1  | STATE_CODE       | VARCHAR   | 5  | The two digit state code |
|----|------------------|-----------|----|---------------------------|
| 53 | MCH_FIRST_NAME   | VARCHAR   | 50 | First name |
| 54 | MCH_MIDDLE_NAME  | VARCHAR   | 50 | Middle name |
| 55 | MCH_NAME_PREFIX  | VARCHAR   | 25 | **not populated** |
| 56 | MCH_NAME_SUFFIX  | VARCHAR   | 25 | Name suffix (JR, SR, III, etc.) |
| 57 | NOTICE_DT        | TIMESTAMP | 10 | Date notice was produced |
| 58 | VERIF_CODE       | VARCHAR   | 1  | V or P code as reported on the Social Security Death Master list |
|    |                  |           |    | (V)erified = report verified with a family member or someone acting on behalf |
|    |                  |           |    | (P)roof = death certificate (or required information) observed |