# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC., Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State Colorado, Defendant.

## ENTRY OF APPEARANCE

Peter G. Baumann hereby enters his appearance on behalf of Defendant Jena Griswold, in her official capacity as Secretary of State for the State of Colorado in the above captioned matter.

Mr. Baumann is a member in good standing of the bar of this Court.

Respectfully submitted this 20th day of December, 2023.

> PHILIP J. WEISER
> Attorney General
>
> s/ Peter G. Baumann
> *Peter G. Baumann**
> Senior Assistant Attorney General
> Public Officials Unit / State Services Section
> Attorney for Defendant Jena Griswold
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 6th Floor
> Denver, Colorado  80203
> Telephone:  720 508-6152
> E-Mail:  peter.baumann@coag.gov
> *Counsel of Record