## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC., Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State Colorado, Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Assistant Solicitor General, Grant T. Sullivan, counsel for Jena Griswold, in her official capacity as Secretary of State for the State of Colorado, hereby respectfully moves to withdraw as counsel of record in this action.

In support of this motion, Mr. Sullivan states as follows:

1. Under D.C.COLO.LCivR 7.1(b)(4), undersigned counsel was not required to confer with Plaintiffs before filing this motion.

2. The withdrawing attorney will soon be concluding his employment with the Colorado Department of Law.

3. The withdrawing attorney certifies that he has complied with all outstanding order of the Court.

4. Attorney Peter G. Baumann remains active counsel for the Secretary of State.

Respectfully submitted this 22nd day of December, 2023.

PHILIP J. WEISER
Attorney General

s/ Grant T. Sullivan
*Grant T. Sullivan*
Assistant Solicitor General
Public Officials Unit / State Services Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6349
E-Mail: grant.sullivan@coag.gov

*Attorney for Defendant Jena Griswold*
*Counsel of Record

2