IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03384-PAB-MEH

PUBLIC INTEREST LEGAL FOUNDATION, INC.,

    Plaintiff,

v.

JENNA GRISWOLD, in her official capacity as Secretary of State for the Colorado,

    Defendant.

## JOINT STATUS REPORT

    Pursuant to this Court's Order issued on September 6, 2024, the parties jointly notify the Court of their preference for memorializing the parties' settlement agreement in this matter.  The parties appreciate the proposed order that the Court drafted and prefer to move forward with the entering of such an order subject to one amendment to address an inconsistency between the parties' agreement and the order proposed by the Court.  Specifically, for the 2019 and 2020 reports, the Court's proposed order states that the provided reports "shall include all data described in columns 1 through 48 and 51 of the ERIC Report Key," (Doc. 60-1 at 2), whereas the settlement agreement states that those same reports "shall include all data described in columns 1 through 48 and 50 through 58 of the ERIC Report Key," (Doc. 56-1 at 4).

    The parties respectfully request that the Court modify the proposed order to reflect the above language from the parties' settlement agreement and enter an order in this matter.

Dated: September 17, 2024.

                PUBLIC INTEREST LEGAL FOUNDATION

                */s/ Kaylan Phillips*
                KAYLAN L. PHILLIPS
                NOEL H. JOHNSON
                107 S. West Street, Suite 700
                Alexandria, VA 22314
                Telephone: (703) 745-5870
                Email: kphillips@PublicInterestlegal.org
                njohnson@PublicInterestlegal.org
                *Attorneys for Plaintiff*

                PHILIP J. WEISER
                Attorney General

                */s/ Peter G. Baumann (with permission)*
                PETER G. BAUMANN
                Assistant Solicitor General
                Attorney for The State of Colorado
                Ralph L. Carr Colorado Judicial Center
                1300 Broadway, 6th Floor
                Denver, Colorado 80203
                Telephone:  720-508-6152
                E-Mail:  peter.baumann@coag.gov
                *Attorney for Defendant*